```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

M&A TRUCKING, INC., ET AL.                                PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:02cv1628-WHB-AGN

STEPHEN A. CROWDER, ET AL.                                DEFENDANTS


### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Agreed Order and Judgment entered with the Clerk of the Court on February 10, 2004, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 27th day of February, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

tct